JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

B 01-069

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Ruben Rosas Gutierrez

**DEFENDANTS**
U.S. Border Patrol

United States District Court
Southern District of Texas
FILED
MAY 03 2001
Michael N. Milby
Clerk of Court

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Mexico
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Pro Se

ATTORNEYS (IF KNOWN)
Nancy L. Masso, AUSA
600 E. Harrison, No 201
Brownsville, TX 78520
Tel: 548 2554
FAX: 548-25..

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(PLACE AN "X" IN ONE BOX ONLY)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☒ 350 Motor Vehicle (struck through)
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury — Med. Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☒ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- HABEAS CORPUS:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS — Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

**V. ORIGIN** *(PLACE AN "X" IN ONE BOX ONLY)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Removal 28 U.S.C.§ 1441, 1442, 1446 and FTCA 28 USC 2671 et seq.

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S)** (See instructions):
**IF ANY** JUDGE ________ DOCKET NUMBER ________

DATE May 3, 2001

SIGNATURE OF ATTORNEY OF RECORD [signature]

FOR OFFICE USE ONLY

RECEIPT # ________ AMOUNT ________ APPLYING IFP ________ JUDGE ________ MAG. JUDGE ________

/

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 3 2001

Michael N. Milby
Clerk of Court

11:50
88

RUBEN ROSAS GUTIERREZ *
*
v. * CIVIL ACTION No.
*
UNITED STATES BORDER PATROL *

**PETITION FOR REMOVAL**

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, by and through Mervyn M. Mosbacker, United States Attorney for the Southern District of Texas, files this Petition for Removal seeking the removal of said cause to the United States District Court for the Southern District of Texas, Brownsville Division, and as reasons therefore would respectfully show the Court the following:

1. The United States Border Patrol was named as a defendant in Cause Nº. 244-1-SC, now pending in the Justice Court of Cameron County, Texas, Precinct 2, Place 2, Brownsville, State of Texas. The cause is styled **RUBEN ROSAS GUTIERREZ v. UNITED STATES BORDER PATROL**[1].

2. According to the Clerk's records for the Justice Court, the citation issued to Dagoberto Lastra was served on April 4, 2001.

3. Plaintiff, Ruben Rosas Gutierrez brought this action against the United States Border Patrol as a result of a vehicle accident involving the plaintiff and Agent Dagoberto Lastra.

---

[1]It should be noted that in orders issued by the Justice Court the named defendant appears as Dagoberto Lastra, the Border Patrol Agent who was operating the government vehicle at the time of the accident at issue. In that there is no indication by any pleadings filed by the Plaintiff to name any one individual or entity other than the United States Border Patrol as defendant, the United States takes the position that the Defendant named by the Plaintiff is the United States Border Patrol, and not Dagoberto Lastra.

ClibPDF - www.fastio.com

4. This petition for removal is brought pursuant to the provisions of Title 28, United States Code, Sections 1441, 1442(a)(1) and 1446.

5. Pursuant to Local Rule 3K as amended on January 1, 1994, copies of the Citation and Petition, pleadings, and orders filed with the Justice Court are attached herewith as Government's Exhibit "A" along with an index of the matters filed and a list of all attorneys of record. A docket sheet was not available for copying because, as yet, it does not exist. The clerk for the Justice Court advised that the docket sheet is not generated until the matter is called for hearing or trial by the judge; accordingly, since this case is being removed prior to trial, no docket sheet exists.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this matter be removed from the Justice Court of Cameron County, Texas, in accordance with 28 U.S.C. 1441, 1442(a)(1) and 1446.

Respectfully submitted,

MERVYN M. MOSBACKER
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 E. Harrison St. #201
Brownsville, Texas 78520
(956) 548-2554/FAX (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

ClibPDF - www.fastio.com

## VERIFICATION OF PLEADINGS

I, Nancy L. Masso, Assistant United States Attorney, under penalty of perjury pursuant to *28 U.S.C. §1746*, verily believe that the foregoing facts stated in the Petition for Removal to be true based on information and belief.

NANCY L. MASSO
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing copy of the Petition for Removal was mailed via registered mail-return and first class mail on this the 3rd day of May, 2001 to the following:

Ruben Rosas Gutierrez
Pro Se Plaintiff
Union Comercial #9
Matamoros, MEXICO

NANCY L. MASSO
Assistant United States Attorney

ClibPDF - www.fastio.com

# GOVERNMENT'S EXHIBIT "A"

**COUNSEL OF RECORD:**

Nancy L. Masso
Assistant United States Attorney
600 E. Harrison St. #201
Brownsville, TX 78520
(956) 548-2554/FAX (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

Ruben Rosas Gutierrez
Pro Se Plaintiff
Union Comercial #9
Matamoros, MEXICO

ClibPDF - www.fastio.com

# GOVERNMENT'S EXHIBIT "A" TABLE OF CONTENTS

| Tab | Document/Pleading | Date of Entry |
|---|---|---|
| 1 | Civil Docket | Not available |
| 2 | Plaintiff's Original Petition | |
| 3 | The State of Texas Citation<br>(Issued to: Dagoberto Lastra) | |

ClibPDF - www.fastio.com



ClibPDF - www.fastio.com

04/23/01 MON 14:04 FAX 713 718 3303 USAO CIVIL DIV 007
04/09/01 10:07 NO.260 P004/004

CAUSE NO. 244-1-SC

RECEIVED BY

Ruben Rosas Gutierrez
PLAINTIFF

IN THE SMALL CLAIMS COURT
PRECINCT 2, PLACE 2
CAMERON COUNTY, TEXAS

VS.

U.S. Border Patrol
DEFENDANT

STATE OF TEXAS
COUNTY OF CAMERON

Ruben Rosas Gutierrez, WHOSE ADDRESS IS
PLAINTIFF
Union Comercial #9
Col. Unimes H. Matamoros, Tamp. Mexico COUNTY, TEXAS
NUMBER AND STREET CITY & ZIP

— 810-3542 (mexico) —
HOME NUMBER DAY NUMBER BUSINESS PHONE #

U.S. Border Patrol
1124 BP Central Blvd. COUNTY, TEXAS
(HOME ADDRESS–NUMBER & STREET) (CITY & ZIP)
DEFENDANT
Brownsville, Texas 78520 TEXAS
(BUSINESS ADDRESS-NUMBER & STREET) (CITY & ZIP)

— —
HOME PHONE NUMBER BUSINESS PHONE NUMBER

PLAINTIFF BEING DULY SWORN, ON HIS OATH DEPOSES AND SAYS THAT DEFENDANT IS JUSTLY INDEBTED TO HIM IN THE SUM OF:
$ 3,067.00 (DOLLARS) FOR *****

On Jan 6, 1999 (the U.S. Border Patrol) Mr. Dagoberto Castro who is an agent with the U.S. Border Patrol failed to yield right of way and collited with my vehicle. The US Border Patrol was at fault and since the accident I have not heard from them.

AND THAT NO COUNTER CLAIM EXIST IN FAVOR OF THE DEFENDANT & AGAINST THE PLAINTIFF EXCEPT.

ATTORNEY-IF APPLICABLE* PLAINTIFF*

SUBSCRIBED AND SWORN BEFORE ME THIS 4th DAY OF April, 2001.

JUDGE PRESIDING

NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS MY COMMISSION EXP. 12/01/04

MARIA J. HERNANDEZ
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 12/01/04

ClibPDF - www.fastio.com

Pg 1 of 2

TEXAS PEACE OFFICER'S ACCIDENT REPORT ST-3 (EN 1/1/96) MAIL TO ACCIDENT RECORDS, TEXAS DEPARTMENT OF PUBLIC SAFETY, PO BOX 4087, AUSTIN TX 78773-0001

PLACE WHERE ACCIDENT OCCURRED
COUNTY Cameron CITY OR TOWN Brownsville (SHOW ONLY IF INSIDE CITY LIMITS)
IF ACCIDENT WAS OUTSIDE CITY LIMITS, INDICATE DISTANCE FROM NEAREST TOWN ______ MILES NORTH S E W OF ______ (CITY OR TOWN)

LOC. NO. 1999-636

DO NOT WRITE IN THIS SPACE | OPS NO.

ROAD ON WHICH ACCIDENT OCCURRED 800 International Blvd. (BLOCK NUMBER / STREET OR ROAD NAME / ROUTE NUMBER OR STREET CODE) CONSTR. ZONE ☐ YES ☒ NO SPEED LIMIT 30mph
INTERSECTING STREET OR RR X'ING NUMBER 1500 E. Jefferson St. (BLOCK NUMBER / STREET OR ROAD NAME / ROUTE NUMBER OR STREET CODE) CONSTR ZONE ☐ YES ☒ NO SPEED LIMIT 30mph

NOT AT INTERSECTION ______ ☐ FT. ☐ ☐ ☐ ☐ OF ☐ MI. N S E W (SHOW MILEPOST OR NEAREST INTERSECTING NUMBERED HIGHWAY; IF NONE, SHOW NEAREST INTERSECTING STREET OR REFERENCE POINT)

LOC. ______ CODE ______ SEVERITY ______ FAR. REC. ______ INJ. REC. ______

DATE OF ACCIDENT 01 06 19 99 DAY OF WEEK Wednesday HOUR 9:35 ☐ A.M. ☒ P.M. IF EXACTLY NOON OR MIDNIGHT, SO STATE

UNIT NO. 1 - MOTOR VEHICLE VEH IDENT NO 1FMFU18L1VLB88371 IF BODY STYLE = VAN OR BUS, INDICATE SEATING CAPACITY ______

YEAR MODEL 1997 COLOR & MAKE White-Ford MODEL NAME Expedition BODY STYLE 4-dr. LICENSE PLATE U.S. Gov't Lic J-173
DRIVER'S NAME Lastra, Dagoberto, 5480 FM 1732, Brownsville, Tx. 78521 (LAST / FIRST / MIDDLE / ADDRESS (STREET, CITY, STATE, ZIP)) PHONE NUMBER 956-548-2533
DRIVER'S LICENSE Tx. 06481433 C (STATE / NUMBER / CLASS/TYPE) DOB 092056 RACE W SEX M OCCUPATION Border Patrol Agent

SPECIMEN TAKEN (ALCOHOL/DRUG ANALYSIS) 1-BREATH 2-BLOOD 3-OTHER 4-NONE 5-REFUSED [4] ALCOHOL/DRUG ANALYSIS RESULT ——— PEACE OFFICER, EMS DRIVER, FIRE FIGHTER ON EMERGENCY? ☐ YES ☐ NO
LESSEE ☐ OWNER ☒ U.S. Border Patrol, 1124 Central Blvd., Brownsville, Tx. 78 (NAME (ALWAYS SHOW LESSEE IF LEASED, OTHERWISE SHOW OWNER) / ADDRESS (STREET, CITY, STATE, ZIP))
LIABILITY INSURANCE ☒ YES ☐ NO U.S. Gov't - Self Insured (INSURANCE COMPANY NAME / POLICY NUMBER) VEHICLE DAMAGE RATING RBQ-3

UNIT NO. 2 MOTOR VEHICLE ☒ TRAIN ☐ PEDALCYCLIST ☐ TOWED ☐ PEDESTRIAN ☐ OTHER ☐ VEH IDENT NO 1G8EC16L9RF139137 IF BODY STYLE = VAN OR BUS, INDICATE SEATING CAPACITY ______

YEAR MODEL 1981 COLOR & MAKE Red-Chev. MODEL NAME Silverado BODY STYLE 4-dr. Sub. LICENSE PLATE Front Tamps. 613-THS
DRIVER'S NAME Rosas-Gutierrez, Ruben, Union Comercial No. 9 Col. Unione, Matamoros, Tamps. Mexico (LAST / FIRST / ADDRESS (STREET, CITY, STATE, ZIP)) PHONE NUMBER NONE
DRIVER'S LICENSE Tamps. (Mexico) 414937 Chofer (STATE / NUMBER / CLASS/TYPE) DOB 072565 RACE W SEX M OCCUPATION Mechanic

SPECIMEN TAKEN (ALCOHOL/DRUG ANALYSIS) 1-BREATH 2-BLOOD 3-OTHER 4-NONE 5-REFUSED [4] ALCOHOL/DRUG ANALYSIS RESULT ——— PEACE OFFICER, EMS DRIVER, FIRE FIGHTER ON EMERGENCY? ☐ YES ☐ NO
LESSEE ☐ OWNER ☒ Small, Stephen, 1572 Sparta Rd. P9, Belton, Tex. 76503 (NAME (ALWAYS SHOW LESSEE IF LEASED, OTHERWISE SHOW OWNER) / ADDRESS (STREET, CITY, STATE, ZIP))
LIABILITY INSURANCE ☐ YES ☒ NO ______ (INSURANCE COMPANY NAME / POLICY NUMBER) VEHICLE DAMAGE RATING FD-3

DAMAGE TO PROPERTY OTHER THAN VEHICLES
NONE
(OBJECT / NAME AND ADDRESS (STREET, CITY, STATE, ZIP) OF OWNER / FEET FROM CURB / $ / DAMAGE ESTIMATE)

| LIGHT CONDITION [4] | WEATHER [– 1] | | SURFACE CONDITION [1] | TYPE ROAD SURFACE [1] | DESCRIBE ROAD CONDITIONS (INVESTIGATOR'S OPINION) |
|---|---|---|---|---|---|
| 1-DAYLIGHT | 1-CLEAR/CLOUDY | 6-SMOKE | 1-DRY | 1-BLACKTOP | Roadway Even and Smooth |
| 2-DAWN | 2-RAINING | 7-SLEETING | 2-WET | 2-CONCRETE | |
| 3-DARK-NOT LIGHTED | 3-SNOWING | 8-HIGH WINDS | 3-MUDDY | 3-GRAVEL | |
| 4-DARK-LIGHTED | 4-FOG | 9-OTHER | 4-SNOWY/ICY | 4-SHELL | |
| 5-DUSK | 5-BLOWING DUST | | 5-OTHER | 5-DIRT | |
| | | | | 6-OTHER | |

IN YOUR OPINION, DID THIS ACCIDENT RESULT IN AT LEAST $500.00 DAMAGE TO ANY ONE PERSON'S PROPERTY? ☒ YES ☐ NO

CHARGES FILED
NAME Lastra, Dagoberto CHARGE Failed To Yield At Stop Intersection CITATION NUMBER 811548
NAME Rosas-Gutierrez, Ruben CHARGE NO FIN. RESP. CITATION NUMBER 811547

TIME NOTIFIED OF ACCIDENT 010699 (DATE) 21:38 (HOUR) M HOW Dispatched TIME ARRIVED AT SCENE OF ACCIDENT 010699 (DATE) 21:43 (HOUR) M

TYPED OR PRINTED NAME OF INVESTIGATOR David Dale DATE REPORT MADE 010699 IS REPORT COMPLETE ☒ YES ☐ NO

[illegible] 4

| UNIT NO. 1 DAMAGE RATING | RBQ-2 | TOWED DUE TO DAMAGE: YES | VEHICLE REMOVED TO: Towed Away BY: U.S. Border Patrol |
|---|---|---|---|

| OCCUPANT'S POSITION | NAME (LAST NAME FIRST) | ADDRESS (STREET, CITY, STATE, ZIP) | SOL | EJECTED | TYPE RESTRAINT USED | AIRBAG | HELMET | AGE | SEX | INJURY CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| DRIVER | SEE FRONT | | N | N | A | N | 4 | 42 | M | N |
| BR | Mota-Arcos, Olivia | Martinez de la Torre, Veracruz, Mexico | N | N | N | N | 4 | 16 | F | C |
| RC | Parra, Mario | Martinez de La Torre, Veracruz, Mexico | N | N | N | N | 4 | 21 | M | C |
| RRL | Mota-Arcos, Sebastian | Martinez de La Torre, Veracruz, Mexico | N | N | N | N | 4 | 25 | M | C |

| UNIT NO. 2 DAMAGE RATING | FD-3 | TOWED DUE TO DAMAGE: YES | VEHICLE REMOVED TO: 2591 Old Port Isabel Rd., Brownsville, Tx. 7852 BY: Express Towing |
|---|---|---|---|

| OCCUPANT'S POSITION | NAME (LAST NAME FIRST) | ADDRESS (STREET, CITY, STATE, ZIP) | SOL | EJECTED | TYPE RESTRAINT USED | AIRBAG | HELMET | AGE | SEX | INJURY CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| DRIVER | SEE FRONT | | N | N | A | N | 4 | 33 | M | N |

COMPLETE IF CASUALTIES NOT IN MOTOR VEHICLE

| PEDESTRIAN, PEDALCYCLIST ETC. | CASUALTY NAME (LAST NAME FIRST) | CASUALTY ADDRESS (STREET, CITY, STATE, ZIP) | SOL | TYPE SPECIMEN TAKEN | RESULT | HELMET | AGE | SEX | INJURY CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

DISPOSITION OF KILLED AND INJURED

| ITEM NUMBERS | TAKEN TO | BY | TIME NOTIFIED | TIME ARRIVED AT SCENE | NO. ATTENDANTS INC. DRIVER |
|---|---|---|---|---|---|
| 2, 4 | Valley Regional Hospital | Brownsville E.M.S. Medic 2 | 21:50 | 21:56 | 2 |
| 3 | Valley Regional Hospital | Brownsville E.M.S. Medic #2 | 21:57 | 22:03 | 2 |

COMPLETE THIS SECTION IF PERSON KILLED

| ITEM NUMBER | DATE OF DEATH | TIME OF DEATH | ITEM NUMBER | DATE OF DEATH | TIME OF DEATH | ITEM NUMBER | DATE OF DEATH | TIME OF DEATH |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

INVESTIGATOR'S NARRATIVE OPINION OF WHAT HAPPENED (ATTACH ADDITIONAL SHEETS IF NECESSARY)

FLASHING RED LIGHTS ON MAY ST. AND E. JEFFERSON ST. CONTROL THE INTERSECTION AT INTERNATIONAL BLVD. UNIT 1 BEING ON MAY ST., FAILED TO YIELD THE RIGHT OF WAY TO UNIT 2 TRAVELING SW ON THE OUTSIDE LN. OF INTERNATIONAL BLVD. —— THIS LED TO UNIT 2'S FRONT CENTER COLLIDING WITH UNIT 1'S RIGHT BACK QUARTER. OPERATOR OF UNIT 1 ADVISED HE WAS ATTEMPTING TO CROSS OVER ONTO E. JEFFERSON ST. UNIT 1 WAS AT FAULT AND CITED FOR "FAILED TO YIELD AT STOP INTERSECTION". SEE PAGE 2 FOR CONTINUATION

DIAGRAM ☐ ONE WAY ☒ TWO WAY ☐ DIVIDED — INDICATE NORTH

See Page 2 For Diagram

FACTORS AND CONDITIONS LISTED ARE THE INVESTIGATOR'S OPINION

FACTORS/CONDITIONS CONTRIBUTING: UNIT 1: 72

OTHER FACTORS/CONDITIONS MAY OR MAY NOT HAVE CONTRIBUTED

TRAFFIC CONTROL: 9 — Caution Lights

0-NO CONTROL OR INOPERATIVE, 1-OFFICER OR FLAGMAN, 2-STOP AND GO SIGNAL, 3-STOP SIGN, 4-FLASHING RED LIGHT, 5-TURN MARKS, 6-WARNING SIGN, 7-RR GATES OR SIGNALS, 8-YIELD SIGN, 9-CENTER STRIPE OR DIVIDER, 10-NO PASSING ZONE, 11-OTHER CONTROL

72. OTHER FACTOR (WRITE IN ON LINE BELOW): Fail Yield At St. I.

TEXAS PEACE OFFICER'S ACCIDENT REPORT ST-3 (EN 1/1/86) MAIL TO Texas Department of Public Safety Statistical Services Box 4087 Austin 78773-0001

Page 2 of 2

LOC. NO. 1999-636

PLACE WHERE ACCIDENT OCCURRED

COUNTY Cameron CITY OR TOWN Brownsville (SHOW ONLY IF INSIDE CITY LIMITS)

IF ACCIDENT WAS OUTSIDE CITY LIMITS, INDICATE DISTANCE FROM NEAREST TOWN ______ MILES NORTH S E W OF ______ CITY OR TOWN

DO NOT WRITE IN THIS SPACE

ROAD ON WHICH ACCIDENT OCCURRED 800 International Blvd. (BLOCK NUMBER / STREET OR ROAD NAME / ROUTE NUMBER OR STREET CODE) CONSTR. ZONE YES / NO X SPEED LIMIT 30 mph

INTERSECTING STREET OR RR X'ING NUMBER 1500 E. Jefferson St. (BLOCK NUMBER / STREET OR ROAD NAME / ROUTE NUMBER OR STREET CODE) CONSTR. ZONE YES / NO X SPEED LIMIT

NOT AT INTERSECTION ______ FT. / MI. N S E W OF ______ SHOW MILEPOST OR NEAREST INTERSECTING NUMBERED HIGHWAY IF NONE, SHOW NEAREST INTERSECTING STREET OR REFERENCE POINT

GRID SQUARE

OPS NO. ______ LOC. ______ CODE ______ SEVERITY ______ TYPE ______ FAT. REC. ______ OR. REC. ______

DATE OF ACCIDENT 0106 19 99 DAY OF WEEK Wednesday HOUR 9:35 A.M. / P.M. X IF EXACTLY NOON OR MIDNIGHT, SO STATE

Narrative (continued from previous page): SKIDS LEFT BY UNIT 2 INDICATED ITS LANE OF TRAVEL.

WITNESSES: LEANDRO MEDINA-RAMIREZ D.O.B. 022756, RESIDING AT C JESUS MARIA CARDENAS 36 COL POPULAR 87460, MATAMOROS, TAMPS. MEXICO, PH. # 14-10-47 OR 18-47-90 ******** HECTOR J. TREVINO D.O.B. 092955, RESIDING AT C LAS PALMAS 54 FRACC LAS PALMAS 87420, MATAMOROS, TAMPS., MEXICO, PH # 16-17-55 ************************* LIVE GUTIERREZ D.O.B. 111771, RESIDING AT 127 W. LEVEE ST. #6, BROWNSVILLE, TX. 78521, PH. #541-2917

DIAGRAM ___- ONE WAY X - TWO WAY ___- DIVIDED

"Not To Scale"

NORTH

800 INTERNATIONAL BLVD.

1500 E. JEFFERSON ST.

700 INTERNATIONAL BLVD.

0 MAY ST.

1

2

# CLAIM FOR DAMAGE, INJURY, OR DEATH

INSTRUCTIONS: ... information requested on both sides of this form. ... additional sheet(s) if necessary. See reverse side for additional instructions.

OMB NO. 1105-0008 EXPIRES 4-30-88

1. Submit To Appropriate Federal Agency:
U.S BORDER PATROL
1124 BP CENTRAL BLVD.
BROWNSVILLE, TX 78520

2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code)
Ruben Rosas Gutierrez
Union Comercial #9
Col. Uniones
H. Matamoros Tamp.

3. TYPE OF EMPLOYMENT ☐ MILITARY ☒ CIVILIAN
4. DATE OF BIRTH 7/25/65
5. MARITAL STATUS M
6. DATE AND DAY OF ACCIDENT 1/1/99
7. TIME (A.M. OR P.M.) 2135 HRS.

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurance and the cause thereof) (Use additional pages if necessary.)

Please See Police Report attached hereto.

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

1981 Red Chevy Suburban - Vehicle is located in Matamoros Mexico at Claimant's Residence

10. PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

11. WITNESSES

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| Leandro Medina - Ramirez | 36 Col Popular 87460 Matamoros Tamp. Mex. |
| Hector J. Trevino | Las Palmas 54 Fracc Las Palmas 87430 Matamoros Tamp M |
| Live Gutierrez | 127 W Levee St. #6 Brownsville TX |

12. (See instructions on reverse) AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| $3,000.00 | — | N/A | $3000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) [signature]
13b. Phone number of signatory N/A
14. DATE OF CLAIM 11-2-00

**CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM**

The claimant shall forfeit and pay to the United States the sum of $2,000 plus double the amount of damages sustained by the United States (See 31 U.S.C. 3729.)

**CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS**

Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.)

95-107
Previous editions not usable.

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

ClibPDF - www.fastio.com

ClibPDF - www.fastio.com

# THE STATE OF TEXAS, COUNTY OF CAMERON

TO: **Dagoberto Lastra** Defendant **Small Claims**
You are hereby commanded to appear before me, Justice of the Peace, Precinct 2, Place 2, of Cameron County Texas at or **before 10 o'clock** A.M. on the Monday next after the expiration of 10 days from the date of service of this Citation upon you, at my office located at: **974 E. HARRISON ST., BROWNSVILLE, TEXAS.**
To answer in the suit of, **Ruben Rosas Gutierrez** Plaintiff, against
**Dagoberto Lastra** Defendant, being No. **244-1-SC** on the Docket of said Court, the plaintiff's demand being for the sum of **$3,067.00** Dollars, due upon **JUDGEMENT**.

## ATTACHED, SEE PLAINTIFF'S ORIGINAL PETITION.

**If this citation is not served within ninety days after the date of its issuance, it shall be returned unserved. The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.**
Issued and given under my hand in Brownsville, Texas, this the 6th day of **April, 2001.**
**OSCAR TULLOS** Justice of the Peace, PRECINCT 2, PLACE 2, CAMERON COUNTY TEXAS.

## NOTICE

**You have been sued.** You may employ an attorney. If you or your attorney do not appear or answer at the office of the Justice of the Peace who issued this citation by 10:00 a.m. on the Monday next following the expiration of ten days after you were served this citation, a default judgment may be taken against you.

## CASE NO. 244-1-SC

| PLAINTIFF | | DEFENDANT |
|---|---|---|
| | VS. | |
| **Ruben Rosas Gutierrez**<br>**Union Comercial #9**<br>**Matamoros, Mx** | | **Dagoberto Lastra**<br>**1124 Bp Central Blvd**<br>**Brownsville, Tx 78521** |

**ISSUED: APRIL, 6th 2001**

**OSCAR TULLOS**, Justice of the Peace 2-2, 974 E. Harrison St., Brownsville,Tx 78520 (956)550-1466

## OFFICER'S RETURN

Came to hand on the ____day of ________________, 20___ o'clock __________ __M executed in ________________ County, Texas, by delivering to the within named ________________________________ each, in person, a true Copy of this citation, having first endorsed on such copy of said citation the date of delivery.

FEES: Serving ________ ______ Cop ______________, $ _______;

______________________ Constable

Mileage _____ Miles,-_______ Total, ---$___________ Pct. No. ____, Pl. No. ____, -

____________________ County, Texas

**CERTIFICATE OF DELIVERY**

I do hereby certify that I delivered to ___________________________ on the_________day of _______________,2001 At,_____________o'clock__M.., this copy of this instrument.

By _____________, Deputy.

_________________________________, Pct.___ Pl___No.______________ County,Texas

01cv69

RECEIVED

**CAUSE NO. 244-1-SC**

| | | |
|---|---|---|
| RUBEN ROSAS GUTIERREZ<br>Plaintiff, | * | IN THE JUSTICE COURT OF |
| | * | |
| | * | |
| v. | * | CAMERON COUNTY, TEXAS |
| | * | |
| UNITED STATES BORDER PATROL | * | |

**NOTICE OF REMOVAL**

TO: Oscar Tullos
Justice of the Peace
974 E. Harrison Street
Brownsville, Texas 78520

Ruben Rosas Gutierrez
Pro Se Plaintiff
Union Comercial #9
Matamoros, MEXICO

You are hereby notified that on the 3rd day of May, 2001, the United States Attorney for the Southern District of Texas, on behalf of the United States Border Patrol, defendant named in the Plaintiff's Original Petition, filed in the United States District Court for the Southern District of Texas, Brownsville Division, its Petition for Removal, a copy of which is attached hereto, for the purpose of removing this cause to that Court, and has filed with the Clerk of the Justice Court, Precinct 2, Place 2, Cameron County, Texas, a copy of that Petition thereby removing this litigation.

Pursuant to *28 U.S.C. §1446(d)*, no further proceedings shall be had in the Justice Court of Cameron County in this matter, unless and until the case is remanded.

Respectfully submitted,

MERVYN M. MOSBACKER
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 E. Harrison St. #201
Brownsville, Texas 78520
(956) 548-2554/FAX (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

ClibPDF - www.fastio.com

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing copy of the Notice of Removal was mailed via registered mail on this the 3rd day of May, 2001 to the following:

Ruben Rosas Gutierrez
Pro Se Plaintiff
Union Comercial #9
Matamoros, MEXICO

on this the 3rd day of MAY, 2001.

NANCY L. MASSO
Assistant United States Attorney

ClibPDF - www.fastio.com