3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| **RUBEN ROSAS GUITIERREZ,** § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. B-01-069 |
| § | |
| **UNITED STATES BORDER PATROL,** § | |
| § | |
| Defendants. § | |

## ORDER

BE IT REMEMBERED that on September 13, 2001, the Court **ORDERED** the Parties to submit their Joint Discovery / Case Management Plan in compliance with Court Chamber Rule 7(A)(1) no later than 2:00 p.m. on Friday, September 14, 2001.

DONE at Brownsville, Texas, this 13th day of September 2001.

Hilda G. Tagle
United States District Judge