# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Roberts   ☐ Lehrman |
| DATE | 09 / 17 / 01 |
| TIME | 2:28 p.m. — 2:35 p.m. |
| CIVIL ACTION | B - 01 - 069 |
| STYLE | RUBEN ROSAS GUITTEREZ *versus* UNITED STATES BORDER PATROL |

United States District Court
Southern District of Texas
FILED

SEP 17 2001

Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT)   ■ Initial Pretrial Hearing;        (Rptr.  Breck Record  )

Nancy Masso_____ for  ☐ Ptf. #_____  ■ Deft. #_____

☐  All motions not expressly decided are denied without prejudice.

☐  Evidence taken [exhibits or testimony].

☐  Argument heard on:    ☐ all pending motions;    ☐ these topics:

_____

☐  Motions taken under advisement: _____

■  Order to be entered.

☐  Miscellaneous review set: _____

☐  Rulings orally rendered on: _____

■  Comments:

Plaintiff failed to appear. AUSA Masso advised the Court that her office had been unable to contact Plaintiff through the address he had given and had attempted to determine if he had a new address, but had not been successful. The Court referred the matter to Magistrate Judge Recio and advised that an order to that effect would be issued today.