6

United States District Court
Southern District of Texas
FILED

SEP 17 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **RUBEN ROSAS GUITIERREZ,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-069 |
| | § | |
| **UNITED STATES BORDER PATROL,** | § | |
| | § | |
| Defendants. | § | |

United States District Court
Southern District of Texas
ENTERED

SEP 18 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

**ORDER**

BE IT REMEMBERED, that on September 17, 2001 the Court **REFERRED** this case to United States Magistrate Judge Felix Recio for management up to trial. Judge Recio will conduct the initial pretrial conference, enter a scheduling order, hold any necessary hearings, and complete report and recommendations on dispositive motions.

If, by the time the case is ready for trial, the Parties have not consented to trial by the magistrate judge, the trial will be promptly set before United States District Judge Hilda G. Tagle.

DONE at Brownsville, Texas, this 17 day of September, 2001.

Hilda G. Tagle
United States District Judge