7

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RUBEN ROSAS GUTIERREZ | * |
| | * |
| VS | *   C.A. NO. B-01-069 |
| | * |
| UNITED STATES BORDER PATROL | * |

## ORDER OF DISMISSAL

This cause of action was removed from State Court on May 3, 2001 and an Order Setting Conference for September 17, 2001, was issued. The Plaintiff, who resides in Matamoros, Tamps., Mexico, did not appear for said conference. The Plaintiff has failed to take any action to further prosecute its cause of action. Further efforts by the Defendant to contact the Plaintiff have failed.

Accordingly, this cause of action is hereby **DISMISSED without prejudice**.

DONE at Brownsville, Texas, this ____ day of ~~September~~ October 2001.

_____
Hilda G. Tagle
United States District Judge